UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSE FREDDERY JIMENEZ-BUSTAMANTE,

Petitioner,

v.

Case No. 26-cv-12712
Hon. Matthew F. Leitman

KEVIN RAYCRAFT, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al.,

Respondents.

---

**STIPULATED ORDER OF VOLUNTARY DISMISSAL**

---

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2026

Stipulated and Agreed to By:

De Armas & De Armas PLLC

*/s/ Marva De Armas (w/ consent)*
Marva De Armas (P80061)
613 Abbott Street
Suite 600
Detroit, Michigan 48226
(313) 444-2171
marva@dearmaslawoffic.com

*Attorneys for Petitioner*

Dated: September 28, 2026

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Defendants*

Dated: September 28, 2026